UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-80004-TP-Cannon

UNITED STATES OF AMERICA,

v.

ANTHONY FLORENCE,

      Defendant.
_____/

## REPORT & RECOMMENDATION

Defendant, ANTHNOY FLORENCE, appeared before the Court on February 6, 2023, represented by counsel, for a final hearing on violation of supervised release. Defendant was originally charged with mail fraud, in violation of Title 18 U.S.C. § 1341, wire fraud, in violation of Title 18 U.S.C. § 1343 and bribery concerning program receiving federal funds, in violation of Title 18 U.S.C. § 666(a)(2). Following this conviction, he was sentenced to fifty-two (52) months in prison and three (3) years of supervised release.

The Defendant began his term of supervised release on January 13, 2022. He presently stands charged with violating his supervised release by: (1) failing to satisfy the Court Ordered restitution.

After a thorough colloquy, the defendant freely, knowingly, and voluntarily admitted violation 1, through counsel, stated his wish to proceed to sentencing.

Accordingly, the Court RECOMMENDS that the District Court accept Defendant's admissions and find the Defendant guilty of committing violation 1. The Court further RECOMMENDS that this matter be set down for sentencing as soon as possible.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Aileen M. Cannon, United States District Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**If counsel do not intend to file objections, they shall file a notice advising the District Court within FIVE DAYS of this Report and Recommendation.**

DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 7th day of February.

BRUCE E. REINHART
U.S. MAGISTRATE JUDGE