UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-TP-80004-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**ANTHONY FLORENCE**,

    Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce Reinhart Following Status Conference Re: Revocation of Supervised Release Final Hearing [ECF No. 12].  On February 6, 2023, Magistrate Judge Reinhart held a Status Conference Re: Revocation of Supervised Release Final Hearing during which Defendant freely, knowingly, and voluntarily admitted Violation 1 as set forth in the Petition for Violation of Supervised Release [ECF No. 3].  No party has filed objections to the Report, and the time to do so has expired [*see* ECF No. 13].

The Court has conducted a review of the record and finds no error in the Report.  Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 12] is **ACCEPTED**.

2. Sentencing on Violation 1 is set for February 21, 2023, at 1:30 p.m.

CASE NO. 22-80004-TP-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 17th day of February 2023.

AILEEN M. CANNON
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record